22 A.3d 972

IN THE MATTER OF JOSEPH A. FOGLIA, AN ATTORNEY
AT LAW (ATTORNEY NO. 022171975).

July 22, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–449, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13(c), **JOSEPH A. FOGLIA** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1975, and who has been suspended from the practice of law pursuant to *Rule* 1:20–13(b) since December 10, 2007, should be suspended from practice for a period of two years based on respondent's guilty pleas in the United States District Court for the District of New Jersey to attempted tax evasion and making false statements to a federal agency, conduct in violation of *RPC* 8.4(b) (conduct that adversely reflects on an attorney's honesty, trustworthiness or fitness as a lawyer);

And the Disciplinary Review Board having determined that respondent's term of suspension should be retroactive to December 10, 2007;

And good cause appearing;

It is ORDERED that **JOSEPH A. FOGLIA** is suspended from the practice of law for a period of two years, retroactive to December 10, 2007, and until the further Order of the Court, and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files

proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.